AO 245E  (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
        Sheet 1

# UNITED STATES DISTRICT COURT

                    Northern    District of    Illinois

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Organizational Defendants) |
| Findream, LLC | CASE NUMBER: 1:19-cr-00275-2 |
| | Matthew Joseph Madden |
| | Defendant Organization's Attorney |

**THE DEFENDANT ORGANIZATION:**

☒ pleaded guilty to count(s)   1 of the Indictment

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18:371.F | Conspiracy To Defraud The United States | 4/1/2019 | 1 |

The defendant organization is sentenced as provided in pages 2 through __7__ of this judgment.

☐ The defendant organization has been found not guilty on count(s) _____

☒ Count(s)  Any remaining counts    ☐ is  ☒ are  dismissed on the motion of the United States.

   It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.: _____

Defendant Organization's Principal Business Address:
_____
_____
_____
_____

Defendant Organization's Mailing Address:
_____
_____

10/19/2020
Date of Imposition of Judgment

*/s/ signature/*
Signature of Judge

Thomas M. Durkin, United States District Judge
Name and Title of Judge

10/21/2020
Date

AO 245E     (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
             Sheet 2 — Probation

Judgment—Page    2    of    7

DEFENDANT ORGANIZATION:    Findream, LLC
CASE NUMBER:    1:19-cr-00275-2

# PROBATION

The defendant organization is hereby sentenced to probation for a term of :
1 year as to count 1.

The defendant organization shall not commit another federal, state or local crime.

        If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

        The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF PROBATION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;
2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;
4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;
5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;
6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and
7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245E (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 2B — Probation

| | Judgment—Page 3 of 7 |
|---|---|

DEFENDANT ORGANIZATION: Findream, LLC
CASE NUMBER: 1:19-cr-00275-2

## SPECIAL CONDITIONS OF SUPERVISION

The defendant organization shall provide a probation officer with access to requested financial information necessary to monitor compliance with other conditions of probation.

AO 245E   (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
        Sheet 3 — Criminal Monetary Penalties

Judgment — Page 4 of 7

DEFENDANT ORGANIZATION: Findream, LLC
CASE NUMBER: 1:19-cr-00275-2

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 400.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

**TOTALS**   $ _____   $ _____

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

    ☐ the interest requirement is waived for   ☐ fine   ☐ restitution.

    ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245E     (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
               Sheet 4 — Schedule of Payments

Judgment — Page   5   of   7  

DEFENDANT ORGANIZATION:     Findream, LLC
CASE NUMBER:     1:19-cr-00275-2

## SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**   ☒   Lump sum payment of $   400.00   due immediately, balance due

       ☐   not later than _____ , or
       ☐   in accordance with   ☐   C or   ☐   D below; or

**B**   ☐   Payment to begin immediately (may be combined with   ☐   C or   ☐   D below); or

**C**   ☐   Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**   ☐   Special instructions regarding the payment of criminal monetary penalties:

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

     Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐   The defendant organization shall pay the cost of prosecution.

☐   The defendant organization shall pay the following court cost(s):

☒   The defendant organization shall forfeit the defendant organization's interest in the following property to the United States: See attached forfeiture order.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WEIYUN HUANG<br>    also known as "Kelly Huang,"<br>FINDREAM, LLC, and<br>SINOCONTECH, LLC | No. 19 CR 275<br><br>Hon. Thomas M. Durkin<br>District Judge |

## FINAL ORDER OF FORFEITURE

This cause comes before the Court on motion of the United States for entry of a final order of forfeiture as to specific property pursuant to the provisions of Title 18, United States Code, Section 982 and Fed. R. Crim. P. 32.2, the Court being fully informed hereby finds as follows:

(a) On July 25, 2019, an indictment was returned charging the defendants with conspiracy to commit visa fraud in violation of 18 U.S.C. § 371 and visa fraud in violation of 18 U.S.C. § 1546(a). The indictment sought forfeiture to the United States of certain property pursuant to the provisions of 18 U.S.C. § 982(a)(6).

(b) On December 20, 2019, pursuant to Fed R. Crim. P. 11, the defendants entered voluntary pleas of guilty to Count One of the indictment.

(c) Pursuant to the terms of their plea agreements, the defendants agreed that the following property is subject to forfeiture as property that constitutes or is derived from proceeds traceable to the offense of conviction. The property subject to forfeiture includes, but is not limited to:

    1. a money judgment in the amount of $1,500,000;

    2. all funds on deposit in Bank of America, account number xxxxxxxxx413, held in the name of Weiyun Huang,

    3. all funds on deposit in JP Morgan Chase Bank, account number xxxxxx583, held in the name of Findream, LLC,

    4. all funds on deposit in JP Morgan Chase Bank, account number xxxxxx961, held in the name of Weiyun Huang,

    5. all funds on deposit in JP Morgan Chase Bank, account number xxxxxxx133, held in the name of Weiyun Huang,

    6. all funds on deposit in PayPal account number xxxxxxxxxxxxxxxx4643 held in the name of Findream, LLC,

    7. all funds on deposit in PayPal account number xxxxxxxxxxxxxxxx1464 held in the name of Something Cool, and

    8. all funds on deposit in Venmo account xxxx6089 held in the name of Dr. Pig.

  (d) On January 23, 2020, this Court entered a preliminary order of forfeiture forfeiting all right, title, and interest of defendants Weiyun Huang, Findream, LLC, and Sinocontech, LLC in the foregoing property. Pursuant to the provisions of 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 982(b)(1), the United States was ordered to publish notice of its intention to dispose of the foregoing property according to law.

  (e) Pursuant to the provisions of 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 982(b)(1), beginning on February 29, 2020 and continuing for at least 30 consecutive days, notice of the criminal forfeiture was posted on an official government internet site. No other parties are known to have an interest in the

foregoing property and accordingly, no other parties were personally served with a copy of the notice of forfeiture and the preliminary order of forfeiture.

(f) To date, no petitions have been filed requesting a hearing to adjudicate an interest in the foregoing property and the time in which to do so has expired.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1. That, a money judgment in the amount of $1,500,000 is entered against defendants Weiyun Huang, Findream, LLC, and Sinocontech, LLC;

2. That, pursuant to the provisions of 18 U.S.C. § 982(a)(6) and Fed. R. Crim. P. 32.2, all right, title, and interest of defendants Weiyun Huang, Findream, LLC, and Sinocontech, LLC and any third party in the following property is hereby forfeit to the United States of America for disposition according to law:

(a) all funds on deposit in Bank of America, account number xxxxxxxxx413, held in the name of Weiyun Huang,

(b) all funds on deposit in JP Morgan Chase Bank, account number xxxxxx583, held in the name of Findream, LLC,

(c) all funds on deposit in JP Morgan Chase Bank, account number xxxxxx961, held in the name of Weiyun Huang,

(d) all funds on deposit in JP Morgan Chase Bank, account number xxxxxxx133, held in the name of Weiyun Huang,

(e) all funds on deposit in PayPal account number xxxxxxxxxxxxxx4643 held in the name of Findream, LLC,

(f) all funds on deposit in PayPal account number xxxxxxxxxxxxxx1464 held in the name of Something Cool, and

(g) all funds on deposit in Venmo account xxxx6089 held in the name of Dr. Pig.

3

2. That, pursuant to the provisions of 21 U.S.C. § 853(n)(7), as incorporated by 18 U.S.C. § 982(b)(1), following entry of this order, the United States shall have clear title to the foregoing property and shall dispose of the property according to law;

3. This Court shall retain jurisdiction in this matter to take additional action and enter further orders as necessary to implement and enforce this forfeiture order.

*Thomas M Durkin*

THOMAS M. DURKIN
United States District Judge

DATED: 09/04/2020

4